**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|  |  |  |
|---|---|---|
| **JANE DOE 7,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 16-2458 |
| **UNIVERSITY OF KANSAS,** | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF REMOVAL**

Defendant University of Kansas hereby gives Notice of Removal to this Court in the above-captioned action and states as follows:

1. Defendant University of Kansas is a state-supported educational institution and an agency of the State of Kansas. University of Kansas is named as a Defendant in Civil Action No. 2016-CV-166 in the District Court of Douglas County, Kansas (the "State Court Action"). *See* Exhibit A, Petition, page 1-2.

2. Plaintiff Jane Doe 7 lives in Kansas and is a student at the University of Kansas. Petition, ¶3.

3. The petition in the State Court Action was filed in Douglas County, Kansas District Court on April 18, 2016.

4. Defendant University of Kansas was served with process by U.S. Mail sent to the Kansas Attorney General on May 25, 2016. *See* Exhibit A, page 1, 25.

5. This Notice of Removal is being filed with this Court within thirty (30) days after Defendant University of Kansas was served with a copy of the summons and Plaintiff's petition setting forth the claims upon which this Notice of Removal is based.

{L0051884.1 }

2

6.  A civil action is removable if the plaintiff could have originally brought the action in federal court. 28 U.S.C. § 1441(a).

7.  Plaintiff could have originally brought the State Court Action in this Court. This Court would have original federal question jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because, at the time it was commenced and at all times since, it alleges causes of action arising under the Constitution, laws, or treaties of the United States.

8.  Specifically, plaintiff asserts a cause of action pursuant to Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681(a), alleging deliberate indifference to sexual harassment. *See* Exhibit A, Petition ¶1. In addition, plaintiff asserts a cause of action under the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq*. *See id*.

9.  Federal question jurisdiction exists in those cases arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331.

10. Accordingly, the State Court Action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441.

11. The United States District Court for the District of Kansas – Kansas City Division includes Douglas County, Kansas, the Seventh Judicial District of Kansas. *See* D.Kan. Local Rule 81.1(b). Accordingly, removal to this Court is proper under 28 U.S.C. § 1441(a) and (b).

12. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.2, copies of all process and pleadings served on Defendant University of Kansas are attached to this notice as Exhibit A. All other filings in the State Court Action are also included in Exhibit A.

13. Defendant University of Kansas notified the District Court for Douglas County, Kansas of the removal of this action by filing a copy of this Notice of Removal with that court.

14. By filing this Notice of Removal, Defendant does not waive any defense it may possess.  Nor does Defendant concede that Plaintiff has stated a cognizable claim against it. Defendant will respond to Plaintiff's petition as required by Federal Rule of Civil Procedure 81(c)(2).

## PLACE OF TRIAL

Defendant requests that any trial take place in Kansas City, Kansas.

## DEMAND FOR TRIAL BY JURY

Defendant hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/ Michael C. Leitch _____
Megan K. Walawender     KS Bar # 22955
Michael C. Leitch           KS Bar # 19588
University of Kansas
Office of the General Counsel
1450 Jayhawk Blvd., Room 245
Lawrence, Kansas 66045
Telephone:(785) 864-3276
Facsimile: (785) 864-4617
megan.walawender@ku.edu
mleitch@ku.edu
*Attorney for Defendant*
*University of Kansas*

## **CERTIFICATE OF SERVICE**

  I certify that on June ____ 2016, I electronically filed this document with the Clerk of the Court using the CM/ECF system, and I emailed a copy of this document to:

Dan Curry
Sarah Brown
BROWN & CURRY, LLC
406 W. 34th Street, Suite 810
Kansas City, MO 64111
dan@brownandcurry.com
sarah@brownandcurry.com
*Attorneys for Plaintiff*

              /s/ Michael C. Leitch
              *Attorney for Defendant*
              *University of Kansas*