## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JANE DOE 7,                          )
                                     )
                Plaintiff,           )
                                     )
        vs.                          )        Case No. 16-cv-02458-JTM-GLR
                                     )
THE UNIVERSITY OF KANSAS             )
                                     )
                Defendant.           )
_____  )

## PLAINTIFF'S OPPOSITION TO
## DEFENDANT'S MOTION FOR ENTRY OF TEMPORARY STAY

The policy in this district, generally, is not to stay discovery even if dispositive motions are pending. *Wolf v. Unites States,* 157 F.R.D. 494, 495 (D. Kan. 1994). There is no assertion of an immunity defense that would justify a stay.  See *Siegert v. Gilley,* 500 U.S. 226, 232 (1991).

The trial court has discretion to stay discovery. *Kutilek v. Gannon,* 132 F.R.D. 296, 297 (D.Kan.1990). However, the Tenth Circuit has cautioned district courts that "the right to proceeding in court should not be denied except under the most extreme circumstances." *Commodity Futures Trading Comm'n v. Chilcott Portfolio Mgmt.,* Inc., 713 F.2d 1477, 1484 (10th Cir.1983).

Stays of discovery may be appropriate for resolution of a dispositive motion in situations where "the case is likely to be finally concluded as a result of the ruling thereon; where the facts sought through uncompleted discovery would not affect the resolution of the motion; or where discovery on all issues of the broad complaint would be wasteful and burdensome." *Kutilek,* 132 F.R.D. at 298; *Wolf,* 157 F.R.D. at 494.

Here, Defendant's pending motion to dismiss on *res judicata* grounds involves putative class action consumer protection act case pursuant to the Kansas Consumer Protection Act that

involves different parties and seeks only equitable relief for advertising injuries; therefore, Defendant's motion is based on a novel legal theory that Plaintiff believes has no merit.

Plaintiff's counsel has no recollection of any agreement to postpone discovery in this case. The parties recently submitted their Report of Planning meeting to the court. Defendant did not request a stay of discovery deadlines agreed to at the Rule 26(f) conference. In fact, the parties agreed to a discovery deadline of April 2, 2018.

This case has been pending for more than a year. Defendant agreed to the scheduling deadlines that have been proposed in this case and a stay of discovery, even for a brief period of time will impact those deadlines. Plaintiff desires to move forward, complete discovery and proceed to trial.

The underlying principle clearly is that "[t]he right to proceed in court should not be denied except under the most extreme circumstances." *Klein v. Adams & Peck,* 436 F.2d 337, 339 (2d Cir.1971). Defendant has not shown it will suffer hardship or inequity in going forward with discovery.

WHEREFORE, Plaintiff respectfully requests that the court deny Defendant's Motion for a Temporary Stay.

Dated: July 14, 2017                    Respectfully Submitted,


                                        /s/ Dan Curry
                                        Sarah A. Brown, KS# 12130
                                        Dan Curry, KS#22750
                                        Brown & Curry, LLC
                                        406 West 34th Street, Suite 810
                                        Kansas City, MO 64111
                                        (816) 756-5458
                                        (816) 666-9596 (FAX)
                                        sarah@brownandcurry.com
                                        dan@brownandcurry.com

                                        ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017 the foregoing document was served by the Court's

electronic filing system upon the following parties of record:

Michael C. Leitch
Megan K. Walawender
University of Kansas
Office of the General Counsel
1450 Jayhawk Blvd., 245 Strong Hall
Lawrence, Kansas 66045
Tel: (785) 864-3276; Fax: (785) 864-4617
mleitch@ku.edu
megal.walawender@ku.edu
ATTORNEYS FOR DEFENDANT

/s/ Dan Curry
Attorney for Plaintiff