# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| **JANE DOE 7,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case 2:16-cv-02458-JTM-GLR |
| **UNIVERSITY OF KANSAS,** | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel of record, hereby stipulate to the dismissal, with prejudice, of this lawsuit, each party to bear her or its own fees, costs, and expenses.

APPROVED:

| | |
|---|---|
| /s/ Dan Curry_____ | /s/ Megan K. Walawender_____ |
| Dan Curry | Megan K. Walawender, KS #22955 |
| Sarah Brown | Michael C. Leitch, KS #19588 |
| BROWN & CURRY, LLC | Associate General Counsel and |
| 406 W. 34th Street, Suite 810 |    Special Assistant Attorney General |
| Kansas City, MO 64111 | Room 245 Strong Hall |
| dan@brownandcurry.com | 1450 Jayhawk Blvd. |
| sarah@brownandcurry.com | Lawrence, Kansas  66045 |
| *Attorneys for Plaintiff* | Tel:  (785) 864-3276;   Fax:  (785) 864-4617 |
| | Megan.walawender@ku.edu |
| | mleitch@ku.edu |
| | *Attorneys for Defendant* |

{L0062276.1 }

1