IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JANE DOE 7, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )    Case 2:16-cv-02458-JTM-GLR |
| | ) |
| UNIVERSITY OF KANSAS, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court is in receipt of the parties' Stipulation for Dismissal with Prejudice filed on November 17, 2017 (Dkt. 63), and finds that the above-entitled action should be dismissed with prejudice, each party to pay their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated this 21st day of November, 2017.

                                                              s/ J. Thomas Marten
                                                              United States District Court

Submitted by:

| | |
|---|---|
| /s/ Megan K. Walawender | /s/ Dan Curry |
| Megan K. Walawender, KS #22955 | Dan Curry   KS #22750 |
| Michael C. Leitch, KS #19588 | Sarah Brown   KS #12130 |
| Associate General Counsel and | BROWN & CURRY, LLC |
|    Special Assistant Attorney General | 406 W. 34th Street, Suite 810 |
| Room 245 Strong Hall | Kansas City, MO 64111 |
| 1450 Jayhawk Blvd. | dan@brownandcurry.com |
| Lawrence, Kansas  66045 | sarah@brownandcurry.com |
| Tel:  (785) 864-3276;   Fax:  (785) 864-4617 | *Attorneys for Plaintiff* |
| Megan.walawender@ku.edu | |
| mleitch@ku.edu | |
| *Attorneys for Defendant* | |

{L0062844.1 }                              1